UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
J&J SPORTS PRODUCTIONS, INC.,
               Plaintiff,

v.

HUGO M. SICHA, individually and d/b/a La
Cascada; WILSON O. SICHA, individually and
d/b/a La Cascada; and SANTA MARTHA, INC.,
an unknown business entity d/b/a La Cascada,
               Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 10112 (VB)

     Plaintiff commenced this action on October 31, 2019. (Doc. #1). On November 1, 2019, summonses were issued as to defendants Hugo M. Sicha and Santa Martha, Inc. (Docs. ##7, 8). A summons was issued as to defendant Wilson O. Sicha on November 5, 2019. (Doc. #10).

     Plaintiff filed affidavits of service as to defendants Hugo M. Sicha and Santa Martha, Inc., on January 7 and 13, respectively. (Docs. ##11, 12). According to the affidavits, Hugo M. Sicha was served on December 21, 2019 (Doc. #11), and Santa Martha, Inc., was served on December 6, 2019. Their deadlines to answer, move, or otherwise respond to the complaint have expired, see Fed. R. Civ. P. 12(a), and they have not answered, moved, or otherwise responded to the complaint.

     In addition, plaintiff has not filed proof of service as to defendant Wilson O. Sicha, and plaintiff's time to do so expired on January 29, 2020. See Fed. R. Civ. P. 4(m).

     Accordingly, it is HEREBY ORDERED that by February 18, 2020, plaintiff shall seek certificates of default as to defendants Hugo M. Sicha and Santa Martha, Inc., and provided those defendants remain in default, by March 18, 2020, shall move for default judgment as to those defendants, in accordance with Judge Briccetti's Individual Practices Attachment A.

**If plaintiff fails to satisfy either deadline, the Court may dismiss the case for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: February 3, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge