

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J Sports Productions, Inc.,                                        DEFAULT JUDGMENT (proposed)

                       Plaintiff,
    - against -                                                              Case No.: 7:19-cv-10112

Hugo M. Sicha individually and d/b/a La Cascada,
Wilson O. Sicha, individually and d/b/a
La Cascada; and Santa Martha, Inc.,
an unknown business entity d/b/a La Cascada

                      Defendant(s).
-----------------------------------------------------------------X

      This action having been commenced on October 31, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Hugo M. Sicha on December 21, 2019.  Service was accepted by Jenny Sicha (wife) and proof of service was therefore filed on January 7, 2020 [Doc. #11]; and upon Wilson O. Sicha on January 21, 2020. Service was made by MAIL and proof of service was therefore filed on February 3, 2020 [Doc. #13]; and upon Santa Martha, Inc. served on December 6, 2019. Service was accepted by Nancy Dougherty, Business Document Specialist - NYS Dept. of State and proof of service was therefore filed on January 13, 2020 [Doc. #12] and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

      ORDERED, ADJUDGED, AND DECREED: That Plaintiff J&J Sports Productions, Inc. shall have judgment against Defendants Hugo M. Sicha individually and d/b/a La Cascada, Wilson O. Sicha individually and d/b/a La Cascada, and Santa Martha, Inc. d/b/a La Cascada jointly and severally.

      The matter is referred to Magistrate Judge Judith C. McCarthy to hear and report on an inquest as to damages.

SO ORDERED:

Dated: New York, NY
       July 8, 2020

_____
Philip M. Halpern, U.S.D.J.