UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

-against-

HUGO M. SICHA, et al.,

                Defendants.

**DEFAULT JUDGMENT**

19-CV-10112 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

      This action having been commenced on October 31, 2019 by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been served on Defendant, Hugo M. Sicha on December 31, 2019 with service being accepted by his wife, Jenny Sicha, and proof of service filed on January 7, 2020 [Doc. # 11], and upon Wilson O. Sicha on January 21, 2020 by MAIL with proof of service filed on February 3, 2020 [Doc. #13], and upon Santa Martha, Inc. on December 6, 2019 with service accepted by Nancy Dougherty, Business Document Specialist – NYS Dept. of State and proof of service filed on January 13, 2020 [Doc. #12], and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

**ORDERED, ADJUDGED AND DECREED** that Plaintiff, J & J Sports Productions, Inc., have judgment against Defendants in the liquidated amount of: $4,000, with post-judgment interest at 9%.

The Clerk of the Court is respectfully directed to enter judgment in favor of Plaintiff in accordance with this Order.

**SO ORDERED:**

Dated:  White Plains, New York
        April 24, 2022

_____
PHILIP M. HALPERN
United States District Judge